**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| NATALIE PENNICOOKE, | ) | |
| | ) | |
| PLAINTIFF, | ) | Case No. 15-cv-04746 |
| | ) | |
| v. | ) | |
| | ) | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | ) | Judge Sharon Johnson Coleman |
| | ) | |
| DEFENDANT. | ) | |

## PLAINTIFF'S MOTION FOR JUDGMENT ON AN ACCEPTED OFFER OF JUDGMENT

NOW COMES Plaintiff, by and through counsel, who pursuant to Federal Rule of Civil Procedure 68, and Local Rule 54.3, respectfully requests this Court to grant Plaintiff's Motion for Judgment on an Accepted Offer of Judgment, and states as follows:

1. On September 29, 2015, Defendant transmitted to Plaintiff an offer, pursuant to Fed.R.Civ.P. 68, to allow judgment to be entered against it and in favor of Plaintiff in return for payment to Plaintiff of $1,001 in statutory damages plus reasonable attorneys' fees and costs. (Dkt. #24, Exhibit A, Defendant's Offer).

2. On October 5, 2015, within 14 days of being served with Defendant's offer, Plaintiff filed an Acceptance of Offer of Judgment (Dkt. #24) accepting Defendant's offer of Judgment.

3. Federal Rule of Civil Procedure 68(a) states as follows:

   **(a) Making an Offer; Judgment on an Accepted Offer. At least 14 days before the date set for trial, a party defending against a claim may serve on an opposing party an offer to allow judgment on specified terms, with the costs then accrued. If, within 14 days after being served, the opposing party serves written notice accepting the offer, either party may then file the offer**

> **and notice of acceptance, plus proof of service. The clerk must then enter judgment.**

4. Plaintiff accepted Defendant's offer of judgment within the 14 day time period.

5. As of the filing of this Motion, judgment has not yet been entered in Plaintiff's favor.

6. Plaintiff respectfully requests that pursuant to the acceptance of the Rule 68 Offer of Judgment, that judgment be entered in favor of Plaintiff pursuant to Federal Rule of Civil Procedure 68 and that the parties proceed according to Local Rule 54.3.

WHEREFORE, based on the foregoing, Plaintiff requests that this Court:

a) Enter judgment in favor of Plaintiff pursuant to Fed. R. Civ. P. 68;

b) Direct the parties to proceed according to Local Rule 54.3;

c) For any other or further relief this Court deems just.

Dated: October 19, 2015

                                                                                 Respectfully Submitted,

                                                                                /s/ Robert W. Harrer
                                                                                One of Plaintiff's Attorneys

| | |
|---|---|
| Michael Wood<br>Andrew Finko<br>Bryan Thompson<br>***Wood Finko & Thompson P.C.***<br>73 W. Monroe Street, Suite 514<br>Chicago, IL 60603<br>Tel. 312-757-1880<br>mwood@woodfinkothompson.com<br>afinko@woodfinkothompson.com<br>bthompson@woodfinkothompson.com | Robert W. Harrer<br>***The Law Office of Robert W. Harrer, P.C.***<br>208 S. Jefferson St., Suite 204<br>Chicago, IL 60661<br>Tel. 312-600-8466<br>rob.harrer@harrerlaw.com |

Mario Kris Kasalo
***The Law Office of Mario Kris Kasalo, Ltd.***
20 North Clark Street, Suite 3100
Chicago, IL 60602
Tel. 312-726-6160
mario.kasalo@kasalolaw.com

# CERTIFICATE OF SERVICE

I, Robert W. Harrer, an attorney, hereby certify that on October 19, 2015, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all attorneys of record.

**Dated: October 19, 2015**                                          Respectfully submitted,

                                                                    By: /s/ Robert W. Harrer
                                                                        Robert W. Harrer